Order reversed and the complaint dismissed in the following memorandum: The order appealed from should be reversed and the complaint dismissed upon the ground that the guilt of defendant was not established beyond a reasonable doubt, the proof offered in support of an inference of defendant’s possession or control of the apartment falling far short of the standard necessary to establish his constructive possession of the narcotics paraphernalia found there. (See
 
 People
 
 v.
 
 Perry,
 
 2 N Y 2d 785;
 
 People
 
 v.
 
 Leavitt,
 
 301 N. Y. 113;
 
 People
 
 v.
 
 Schriber,
 
 34 A D 2d 852, affd. 29 N Y 2d 780;
 
 United States
 
 v.
 
 Romano,
 
 382 U. S. 136.)
 

 Concur: Chief Judge Feld and Judges Bubke, Scileppi, Bebgan, Beeitel, Jasen and Gibson.